THIS ORDER IS APPROVED.

Dated: April 22, 2020

*Brenda Whinery*

**Brenda Moody Whinery, Chief Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA
### (Tucson)

| | |
|---|---|
| In re | Chapter 7 |
| LGO TRANSPORT AND PRODUCE, LLC, | Case No. 4:19-BK-05423 BMW |
| Debtor. | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY BY SNIDER LEASING CORP.** |

Snider Leasing Corp., a creditor, filed a Motion for Relief from the Automatic Stay seeking to modify the automatic stay with respect to the Estate's and the Debtor's interest in the following leased items:

2013 Freightliner tractor (VIN 1FUJGLDR8DSBU6923).

2013 Great Dane reefer trailer (VIN 1GRAA0620DE700660) with a Thermo King unit (S/N 6001126155).

2013 Great Dane reefer trailer (VIN 1GRAA0626DE700646) with a Thermo King unit (S/N 6001126142).

2014 Utility reefer trailer (VIN 1UYVS2537EU846920) with Thermo King (S/N 6001120919).

/ / /

Hefner, Stark & Marois, LLP
Sacramento, CA

Appropriate notice was given as evidenced by the Notice of Filing Motion for Relief from the Automatic Stay and no objection having been filed as evidenced by the Certificate of Service and of no objection filed pursuant to Local Rule 9013-1, hereby orders as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the automatic stay provided by 11 U.S.C. Section 262 and any injunction arising under 11 U.S. C. Section 524 are lifted and vacated with respect to both the Estate's and the Debtor's interest in the property described above.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, for good cause shown, the stay of effectiveness of this Order pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived, and this Order shall be effective immediately.

DATED AND SIGNED ABOVE.

Hefner, Stark & Marois, LLP
Sacramento, CA

**COURT SERVICE LIST**